Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−16075−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Frankie Morales                                    Clarissa Sanchez
   237 Frankfurt Ave.                                 237 Frankfurt Ave.
   Neptune, NJ 07753                                  Neptune, NJ 07753

Social Security No.:
   xxx−xx−0420                                        xxx−xx−2734

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:        9/17/25
Time:        02:00 PM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Jonathan Goldsmith Cohen, Debtor's Attorney

COMMISSION OR FEES
fee: $3540.75

EXPENSES
expenses: $58.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
         creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
         creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 7, 2025
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-16075-MBK |
| Frankie Morales | Chapter 13 |
| Clarissa Sanchez | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Aug 07, 2025 | Form ID: 137 | Total Noticed: 62 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frankie Morales, Clarissa Sanchez, 237 Frankfurt Ave., Neptune, NJ 07753-8307 |
| aty | + | Jonathan Goldsmith Cohen, I Mark Cohen Law Group, 1 Executive Dr Ste 6, Tinton Falls, NJ 07701-4938 |
| 519272568 | | LCA Colllections, PO Box 2240, Burlington, NC 27216-2240 |
| 519272574 | + | Nationwide Recovery Systems, 3000 Kellway Dr, Carrollton, TX 75006-3304 |
| 519272576 | | O-Seaview Orthopaedic, 1200 Eagle Avenue, Ocean, NJ 07712-7631 |
| 519272579 | + | Peter C. Merani, P.C., 1001 Avenue of the Americas, Suite 1800, New York, NY 10018-5515 |
| 519272582 | + | Sleep Dynamics, 2240 State Route 33, Ste 114, Neptune City, NJ 07753-6121 |
| 519272589 | + | Traf Group Inc/A-1 Collections, 101 Grovers Mill Road, Lawrenceville, NJ 08648-4706 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 07 2025 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 07 2025 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 07 2025 20:41:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 07 2025 20:41:00 | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| cr | ^ | MEBN | Aug 07 2025 20:40:18 | Toyota Motor Credit Corporation, PO Box 340514, Tampa, FL 33694-0514 |
| 519277316 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 07 2025 20:41:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 519272538 | | Email/Text: ebn@americollect.com | Aug 07 2025 20:41:00 | Americollect, 1851 S Alverno Road, Manitowoc, WI 54221 |
| 519272537 | | Email/Text: ebn@americollect.com | Aug 07 2025 20:41:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 519272544 | ^ | MEBN | Aug 07 2025 20:40:07 | ARstrat, P.O. Box 4332, MS #800, Houston, TX 77210-4332 |
| 519272545 | | Email/Text: paymentprocessing@avanteusa.com | Aug 07 2025 20:40:00 | AvanteUSA Ltd., 3600 South Gessner Road, Suite 225, Houston, TX 77063 |
| 519272597 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 07 2025 20:41:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |

Case 21-16075-MBK    Doc 53    Filed 08/09/25    Entered 08/10/25 00:14:40    Desc Imaged
                          Certificate of Notice    Page 4 of 7

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Aug 07, 2025 | Form ID: 137 | Total Noticed: 62 |

| Notice ID | Type | Method/Address | Date/Time | Recipient |
|---|---|---|---|---|
| 519272539 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 07 2025 20:41:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 519286429 |   | Email/PDF: bncnotices@becket-lee.com | Aug 07 2025 20:51:03 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519272540 | + | Email/PDF: bncnotices@becket-lee.com | Aug 07 2025 21:01:47 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519272542 | + | Email/PDF: bncnotices@becket-lee.com | Aug 07 2025 20:50:37 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519314860 |   | Email/PDF: resurgentbknotifications@resurgent.com | Aug 07 2025 20:49:53 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519272546 | + | Email/Text: paymentprocessing@avanteusa.com | Aug 07 2025 20:40:00 | AvanteUSA Ltd., 3600 South Gessner, Houston, TX 77063-5184 |
| 519272547 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Aug 07 2025 20:41:00 | Chexsystems, Inc., Attn: Customer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1595 |
| 519272549 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2025 20:51:27 | Citibank North America, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519272548 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2025 21:01:41 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519295309 |   | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2025 20:51:21 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519272550 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Aug 07 2025 20:41:00 | Commonwealth Financial Systems, Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 519272551 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Aug 07 2025 20:41:00 | Commonwealth Financial Systems, 245 Main Street, Scranton, PA 18519-1641 |
| 519272552 | ^ | MEBN | Aug 07 2025 20:40:22 | Credit Management Control, Attn: Bankruptcy, Po Box 1654, Green Bay, WI 54305-1654 |
| 519272554 | ^ | MEBN | Aug 07 2025 20:40:23 | Credit Management Control, P.o. Box 1654, Green Bay, WI 54305-1654 |
| 519272558 | ^ | MEBN | Aug 07 2025 20:39:18 | Dynamic ecovery Solutions, LLC, 135 Interstate Blvd Suite 6, Greenville, SC 29615-5720 |
| 519272556 | ^ | MEBN | Aug 07 2025 20:39:19 | Dynamic ecovery Solutions, LLC, Attn: Bankruptcy, 135 Interstate Blvd, Greenville, SC 29615-5720 |
| 519272560 |   | Email/Text: bankruptcycourts@equifax.com | Aug 07 2025 20:41:00 | Equifax, PO Box 740241, Atlanta, GA 30374 |
| 519272561 | ^ | MEBN | Aug 07 2025 20:39:29 | Experian, Profile Maintenance, PO Box 9558, Allen, TX 75013-9558 |
| 519272565 | + | Email/Text: Bankruptcy@ICSystem.com | Aug 07 2025 20:41:00 | IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 519272562 | + | Email/Text: Bankruptcy@ICSystem.com | Aug 07 2025 20:41:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 519272570 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 07 2025 20:41:00 | Mr. Cooper, 350 Highland, Houston, TX 77009-6623 |
| 519272598 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 07 2025 20:41:00 | Mr. Cooper, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 519272572 |   | Email/Text: parasn@armanagementgroup.com | Aug 07 2025 20:41:00 | Nationwide Recovery Systems, 501 Shelley Drive, Suite 300, Tyler, TX 75701 |
| 519277966 | + | Email/Text: RASEBN@raslg.com | Aug 07 2025 20:41:00 | Nationstar Mortgage LLC D/B/A Mr. Cooper, 130 Clinton RD #202, Fairfield, NJ 07004-2927 |

Case 21-16075-MBK    Doc 53    Filed 08/09/25    Entered 08/10/25 00:14:40    Desc Imaged
                              Certificate of Notice    Page 5 of 7

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Aug 07, 2025 | Form ID: 137 | Total Noticed: 62 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519318252 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 07 2025 20:41:00 | Nationstar Mortgage LLC dba Mr. Cooper, Attn: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9096 |
| 519272571 | | Email/Text: bankruptcydepartment@tsico.com | Aug 07 2025 20:42:00 | Nationwide Credit, Inc., P.O. Box 15130, Wilmington, DE 19850-5130 |
| 519272577 | + | Email/PDF: cbp@omf.com | Aug 07 2025 20:49:24 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 519272578 | + | Email/PDF: cbp@omf.com | Aug 07 2025 20:50:21 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 519316955 | | Email/Text: bnc-quantum@quantum3group.com | Aug 07 2025 20:41:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519272581 | + | Email/Text: customerservice@rcservicesllc.org | Aug 07 2025 20:41:00 | Receivable Collection Services LLC, 170 Jericho Tpke, Floral Park, NY 11001-2024 |
| 519272580 | + | Email/Text: customerservice@rcservicesllc.org | Aug 07 2025 20:41:00 | Receivable Collection Services LLC, 170 Jericho Turnpike, Floral Park, NY 11001-2024 |
| 519272593 | | Email/Text: blindsay@transcontinentalcredit.com | Aug 07 2025 20:41:00 | Trans-Continental Credit & Collections, 44 South Broadway, Suite 401, White Plains, NY 10601 |
| 519272592 | | Email/Text: DASPUBREC@transunion.com | Aug 07 2025 20:40:00 | Trans Union Corporation, Public Records Department, 555 West Adams St., Chicago, IL 60661 |
| 519272583 | ^ | MEBN | Aug 07 2025 20:39:32 | Tate & Kirlin Associates, Inc., 580 Middletown Blvd., Suite 240, Langhorne, PA 19047-1876 |
| 519272584 | ^ | MEBN | Aug 07 2025 20:40:15 | Tolls by Mail Payment Processing Center, PO Box 15183, Albany, NY 12212-5183 |
| 519272599 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 07 2025 20:41:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 519272585 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 07 2025 20:41:00 | Toyota Financial Services, 4 Gatehall Dr, Parsippany, NJ 07054-4518 |
| 519288543 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Aug 07 2025 20:41:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519296210 | | Email/PDF: bncnotices@becket-lee.com | Aug 07 2025 21:01:48 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519272586 | + | Email/Text: mpieslak@waterfallrevenuegroup.com | Aug 07 2025 20:41:00 | Traf Group Inc/A-1 Collections, Attn: Bankruptcy, 2297 St Hwy 33 Ste 906, Hamilton Square, NJ 08690-1717 |
| 519272595 | | Email/Text: bankruptcydepartment@tsico.com | Aug 07 2025 20:42:00 | Transworld Systems Inc, P.O. Box 15095, Wilmington, DE 19850-5095 |
| 519272594 | | Email/Text: bankruptcydepartment@tsico.com | Aug 07 2025 20:42:00 | Transworld Systems Inc, P.O. Box 15110, Dept 938, Wilmington, DE 19850-5110 |
| 519272596 | ^ | MEBN | Aug 07 2025 20:39:30 | University Radiology Group, PC, PO Box 999, Yorktown Heights, NY 10598-0999 |

TOTAL: 54

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519282984 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 519295733 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519272541 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519272543 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |

| | | |
|---|---|---|
| 519272553 | *+ | Credit Management Control, Attn: Bankruptcy, Po Box 1654, Green Bay, WI 54305-1654 |
| 519272555 | *+ | Credit Management Control, P.o. Box 1654, Green Bay, WI 54305-1654 |
| 519272559 | *+ | Dynamic ecovery Solutions, LLC, 135 Interstate Blvd Suite 6, Greenville, SC 29615-5720 |
| 519272557 | *+ | Dynamic ecovery Solutions, LLC, Attn: Bankruptcy, 135 Interstate Blvd, Greenville, SC 29615-5720 |
| 519272566 | *+ | IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 519272567 | *+ | IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 519272563 | *+ | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 519272564 | *+ | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 519272569 | * | LCA Colllections, PO Box 2240, Burlington, NC 27216-2240 |
| 519272573 | *P++ | NATIONWIDE RECOVERY SYSTEMS, 501 SHELLEY DR SUITE 300, TYLER TX 75701-9553, address filed with court:, Nationwide Recovery Systems, 501 Shelley Drive, Suite 300, Tyler, TX 75701 |
| 519272575 | *+ | Nationwide Recovery Systems, 3000 Kellway Dr, Carrollton, TX 75006-3304 |
| 519272587 | *+ | Traf Group Inc/A-1 Collections, Attn: Bankruptcy, 2297 St Hwy 33 Ste 906, Hamilton Square, NJ 08690-1717 |
| 519272588 | *+ | Traf Group Inc/A-1 Collections, Attn: Bankruptcy, 2297 St Hwy 33 Ste 906, Hamilton Square, NJ 08690-1717 |
| 519272590 | *+ | Traf Group Inc/A-1 Collections, 101 Grovers Mill Road, Lawrenceville, NJ 08648-4706 |
| 519272591 | *+ | Traf Group Inc/A-1 Collections, 101 Grovers Mill Road, Lawrenceville, NJ 08648-4706 |

TOTAL: 0 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2025                         Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Cory Francis Woerner | on behalf of Creditor Nationstar Mortgage LLC cwoerner@raslg.com |
| Courtney R. Shed | on behalf of Creditor Nationstar Mortgage LLC cshed@grosspolowy.com  ecfnotices@grosspolowy.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Harold N. Kaplan | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER hkaplan@rasnj.com  kimwilson@raslg.com |
| John R. Morton, Jr. | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Jonathan Goldsmith Cohen | on behalf of Debtor Frankie Morales imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Jonathan Goldsmith Cohen | on behalf of Joint Debtor Clarissa Sanchez imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 5 of 5 |
| Date Rcvd: Aug 07, 2025 | Form ID: 137 | Total Noticed: 62 |

Jonathan Goldsmith Cohen
          on behalf of Attorney Jonathan Goldsmith Cohen imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com

Sindi Mncina
          on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER smncina@raslg.com

U.S. Trustee
          USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13