| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re:<br>**Frankie Morales**<br>**Clarissa Sanchez** | Case No. | **21-16075** |
| | Chapter: | **13** |
| | Judge: | **MBK** |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____**Frankie Morales**_____, debtor in this case certify as follows:

1.  All payments required to be made by me under my plan have been made and are paid in full.

2.  ☑  I am not required to pay domestic support obligations.

    ☐  I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: _4/15/2026_

_____
Frankie Morales
Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*