| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
| --- | --- | --- |
| In Re:<br>**Frankie Morales**<br>**Clarissa Sanchez** | Case No. | **21-16075** |
| | Chapter: | **13** |
| | Judge: | **MBK** |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____**Clarissa Sanchez**_____, debtor in this case certify as follows:

1.    All payments required to be made by me under my plan have been made and are paid in full.

2.  ☑  I am not required to pay domestic support obligations.

   ☐  I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: ___04/15/2026___                                       _____
                                                             **Clarissa Sanchez**
                                                             Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

rev.8/1/18