**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Frankie Morales | Social Security number or ITIN   xxx–xx–0420 |
| | First Name     Middle Name     Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Clarissa Sanchez | Social Security number or ITIN   xxx–xx–2734 |
| | First Name     Middle Name     Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   21–16075–MBK

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Frankie Morales                                        Clarissa Sanchez

4/17/26                                        **By the court:** <u>Michael B. Kaplan</u>
                                                     United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                     **Chapter 13 Discharge**                     page 2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 21-16075-MBK

Frankie Morales                                                                  Chapter 13

Clarissa Sanchez

        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                        User: admin                                    Page 1 of 5

Date Rcvd: Apr 17, 2026                     Form ID: 3180W                                  Total Noticed: 62

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Frankie Morales, Clarissa Sanchez, 237 Frankfurt Ave., Neptune, NJ 07753-8307 |
| aty | + | Jonathan Goldsmith Cohen, I Mark Cohen Law Group, 1 Executive Dr Ste 6, Tinton Falls, NJ 07701-4938 |
| 519272568 | | LCA Colllections, PO Box 2240, Burlington, NC 27216-2240 |
| 519272574 | + | Nationwide Recovery Systems, 3000 Kellway Dr, Carrollton, TX 75006-3304 |
| 519272576 | | O-Seaview Orthopaedic, 1200 Eagle Avenue, Ocean, NJ 07712-7631 |
| 519272579 | + | Peter C. Merani, P.C., 1001 Avenue of the Americas, Suite 1800, New York, NY 10018-5515 |
| 519272582 | + | Sleep Dynamics, 2240 State Route 33, Ste 114, Neptune City, NJ 07753-6121 |
| 519272589 | + | Traf Group Inc/A-1 Collections, 101 Grovers Mill Road, Lawrenceville, NJ 08648-4706 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 17 2026 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 17 2026 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PHINAMERI.COM | Apr 18 2026 00:40:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 17 2026 20:48:00 | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| cr | ^ | MEBN | Apr 17 2026 20:47:08 | Toyota Motor Credit Corporation, PO Box 340514, Tampa, FL 33694-0514 |
| 519277316 | + | EDI: PHINAMERI.COM | Apr 18 2026 00:40:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 519272538 | | Email/Text: ebn@americollect.com | Apr 17 2026 20:49:00 | Americollect, 1851 S Alverno Road, Manitowoc, WI 54221 |
| 519272537 | | Email/Text: ebn@americollect.com | Apr 17 2026 20:49:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 519272544 | ^ | MEBN | Apr 17 2026 20:47:46 | ARstrat, P.O. Box 4332, MS #800, Houston, TX 77210-4332 |
| 519272545 | | Email/Text: paymentprocessing@avanteusa.com | Apr 17 2026 20:48:00 | AvanteUSA Ltd., 3600 South Gessner Road, Suite 225, Houston, TX 77063 |
| 519272597 | + | EDI: PHINAMERI.COM | Apr 18 2026 00:40:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |

| | | | |
|---|---|---|---|
| 519272539 | + EDI: PHINAMERI.COM | Apr 18 2026 00:40:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 519286429 | Email/PDF: bncnotices@becket-lee.com | Apr 17 2026 20:57:07 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519272540 | + Email/PDF: bncnotices@becket-lee.com | Apr 17 2026 20:57:10 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519272542 | + Email/PDF: bncnotices@becket-lee.com | Apr 17 2026 20:56:30 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519314860 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2026 20:56:33 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519272546 | + Email/Text: paymentprocessing@avanteusa.com | Apr 17 2026 20:48:00 | AvanteUSA Ltd., 3600 South Gessner, Houston, TX 77063-5184 |
| 519272547 | + Email/Text: bankruptcy.notifications@fisglobal.com | Apr 17 2026 20:50:00 | Chexsystems, Inc., Attn: Customer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1595 |
| 519272549 | + EDI: CITICORP | Apr 18 2026 00:40:00 | Citibank North America, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519272548 | + EDI: CITICORP | Apr 18 2026 00:40:00 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519295309 | EDI: CITICORP | Apr 18 2026 00:40:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519272550 | + Email/Text: commonwealth@ebn.phinsolutions.com | Apr 17 2026 20:48:00 | Commonwealth Financial Systems, Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 519272551 | + Email/Text: commonwealth@ebn.phinsolutions.com | Apr 17 2026 20:48:00 | Commonwealth Financial Systems, 245 Main Street, Scranton, PA 18519-1641 |
| 519272552 | ^ MEBN | Apr 17 2026 20:46:41 | Credit Management Control, Attn: Bankruptcy, Po Box 1654, Green Bay, WI 54305-1654 |
| 519272554 | ^ MEBN | Apr 17 2026 20:46:41 | Credit Management Control, P.o. Box 1654, Green Bay, WI 54305-1654 |
| 519272558 | ^ MEBN | Apr 17 2026 20:45:25 | Dynamic ecovery Solutions, LLC, 135 Interstate Blvd Suite 6, Greenville, SC 29615-5720 |
| 519272556 | ^ MEBN | Apr 17 2026 20:45:26 | Dynamic ecovery Solutions, LLC, Attn: Bankruptcy, 135 Interstate Blvd, Greenville, SC 29615-5720 |
| 519272560 | Email/Text: bankruptcycourts@equifax.com | Apr 17 2026 20:49:00 | Equifax, PO Box 740241, Atlanta, GA 30374 |
| 519272561 | ^ MEBN | Apr 17 2026 20:45:46 | Experian, Profile Maintenance, PO Box 9558, Allen, TX 75013-9558 |
| 519272565 | + EDI: LCIICSYSTEM | Apr 18 2026 00:40:00 | IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 519272562 | + EDI: LCIICSYSTEM | Apr 18 2026 00:40:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 519272570 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 17 2026 20:49:00 | Mr. Cooper, 350 Highland, Houston, TX 77009-6623 |
| 519272598 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 17 2026 20:49:00 | Mr. Cooper, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 519272572 | Email/Text: parasn@armanagementgroup.com | Apr 17 2026 20:49:00 | Nationwide Recovery Systems, 501 Shelley Drive, Suite 300, Tyler, TX 75701 |
| 519277966 | + Email/Text: RASEBN@raslg.com | Apr 17 2026 20:48:00 | Nationstar Mortgage LLC D/B/A Mr. Cooper, 130 Clinton RD #202, Fairfield, NJ 07004-2927 |

District/off: 0312-3                   User: admin                                   Page 3 of 5

Date Rcvd: Apr 17, 2026                Form ID: 3180W                                 Total Noticed: 62

| 519318252 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 17 2026 20:49:00 | Nationstar Mortgage LLC dba Mr. Cooper, Attn: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9096 |
|---|---|---|---|
| 519272571 | Email/Text: bankruptcydepartment@tsico.com | Apr 17 2026 20:50:00 | Nationwide Credit, Inc., P.O. Box 15130, Wilmington, DE 19850-5130 |
| 519272577 | + EDI: AGFINANCE.COM | Apr 18 2026 00:40:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 519272578 | + EDI: AGFINANCE.COM | Apr 18 2026 00:40:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 519316955 | EDI: Q3G.COM | Apr 18 2026 00:40:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519272581 | + Email/Text: customerservice@rcservicesllc.org | Apr 17 2026 20:49:00 | Receivable Collection Services LLC, 170 Jericho Tpke, Floral Park, NY 11001-2024 |
| 519272580 | + Email/Text: customerservice@rcservicesllc.org | Apr 17 2026 20:49:00 | Receivable Collection Services LLC, 170 Jericho Turnpike, Floral Park, NY 11001-2024 |
| 519272593 | Email/Text: blindsay@transcontinentalcredit.com | Apr 17 2026 20:48:00 | Trans-Continental Credit & Collections, 44 South Broadway, Suite 401, White Plains, NY 10601 |
| 519272592 | Email/Text: DASPUBREC@transunion.com | Apr 17 2026 20:48:00 | Trans Union Corporation, Public Records Department, 555 West Adams St., Chicago, IL 60661 |
| 519272583 | ^ MEBN | Apr 17 2026 20:45:49 | Tate & Kirlin Associates, Inc., 580 Middletown Blvd., Suite 240, Langhorne, PA 19047-1876 |
| 519272584 | ^ MEBN | Apr 17 2026 20:46:23 | Tolls by Mail Payment Processing Center, PO Box 15183, Albany, NY 12212-5183 |
| 519272599 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 17 2026 20:49:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 519272585 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 17 2026 20:49:00 | Toyota Financial Services, 4 Gatehall Dr, Parsippany, NJ 07054-4518 |
| 519288543 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 17 2026 20:48:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519296210 | Email/PDF: bncnotices@becket-lee.com | Apr 17 2026 20:56:55 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519272586 | + Email/Text: mpieslak@waterfallrevenuegroup.com | Apr 17 2026 20:49:00 | Traf Group Inc/A-1 Collections, Attn: Bankruptcy, 2297 St Hwy 33 Ste 906, Hamilton Square, NJ 08690-1717 |
| 519272595 | Email/Text: bankruptcydepartment@tsico.com | Apr 17 2026 20:50:00 | Transworld Systems Inc, P.O. Box 15095, Wilmington, DE 19850-5095 |
| 519272594 | Email/Text: bankruptcydepartment@tsico.com | Apr 17 2026 20:50:00 | Transworld Systems Inc, P.O. Box 15110, Dept 938, Wilmington, DE 19850-5110 |
| 519272596 | ^ MEBN | Apr 17 2026 20:45:48 | University Radiology Group, PC, PO Box 999, Yorktown Heights, NY 10598-0999 |

TOTAL: 54

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519282984 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 519295733 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519272541 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519272543 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |

District/off: 0312-3                   User: admin                      Page 4 of 5
Date Rcvd: Apr 17, 2026                Form ID: 3180W                    Total Noticed: 62

| | | |
|---|---|---|
| 519272553 | *+ | Credit Management Control, Attn: Bankrupcty, Po Box 1654, Green Bay, WI 54305-1654 |
| 519272555 | *+ | Credit Management Control, P.o. Box 1654, Green Bay, WI 54305-1654 |
| 519272559 | *+ | Dynamic ecovery Solutions, LLC, 135 Interstate Blvd Suite 6, Greenville, SC 29615-5720 |
| 519272557 | *+ | Dynamic ecovery Solutions, LLC, Attn: Bankruptcy, 135 Interstate Blvd, Greenville, SC 29615-5720 |
| 519272566 | *+ | IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 519272567 | *+ | IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 519272563 | *+ | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 519272564 | *+ | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 519272569 | * | LCA Colllections, PO Box 2240, Burlington, NC 27216-2240 |
| 519272573 | *P++ | NATIONWIDE RECOVERY SYSTEMS, 501 SHELLEY DR SUITE 300, TYLER TX 75701-9553, address filed with court:, Nationwide Recovery Systems, 501 Shelley Drive, Suite 300, Tyler, TX 75701 |
| 519272575 | *+ | Nationwide Recovery Systems, 3000 Kellway Dr, Carrollton, TX 75006-3304 |
| 519272587 | *+ | Traf Group Inc/A-1 Collections, Attn: Bankruptcy, 2297 St Hwy 33 Ste 906, Hamilton Square, NJ 08690-1717 |
| 519272588 | *+ | Traf Group Inc/A-1 Collections, Attn: Bankruptcy, 2297 St Hwy 33 Ste 906, Hamilton Square, NJ 08690-1717 |
| 519272590 | *+ | Traf Group Inc/A-1 Collections, 101 Grovers Mill Road, Lawrenceville, NJ 08648-4706 |
| 519272591 | *+ | Traf Group Inc/A-1 Collections, 101 Grovers Mill Road, Lawrenceville, NJ 08648-4706 |

TOTAL: 0 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2026                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2026 at the address(es) listed below:**

**Name** | **Email Address**

Albert Russo
docs@russotrustee.com

Cory Francis Woerner
on behalf of Creditor Nationstar Mortgage LLC cwoerner@raslg.com

Courtney R. Shed
on behalf of Creditor Nationstar Mortgage LLC cshed@grosspolowy.com ecfnotices@grosspolowy.com

Gavin Stewart
on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com

Harold N. Kaplan
on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER hkaplan@rasnj.com kimwilson@raslg.com

John R. Morton, Jr.
on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Jonathan Goldsmith Cohen
on behalf of Debtor Frankie Morales imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com

Jonathan Goldsmith Cohen
on behalf of Joint Debtor Clarissa Sanchez imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com

Jonathan Goldsmith Cohen
on behalf of Attorney Jonathan Goldsmith Cohen imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com

Laura M. Egerman
on behalf of Creditor Nationstar Mortgage LLC laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com

Matthew K. Fissel

District/off: 0312-3                          User: admin                                    Page 5 of 5
Date Rcvd: Apr 17, 2026                  Form ID: 3180W                          Total Noticed: 62

on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com
matthew.fissel@brockandscott.com

Matthew K. Fissel

on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Sindi Mncina

on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER smncina@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 14